IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

O2 MICRO INTERNATIONAL LIMITED §
§
V. § NO. 2:04cv323-TJW
§
SAMSUNG ELECTRONICS CO., LTD. and §
SAMSUNG ELECTRONICS AMERICA, §
INC. §

### ORDER

Pursuant to the Order for Dismissal With Prejudice entered August 27, 2007, granting the parties' Stipulation for Dismissal With Prejudice, all pending motions are hereby **DENIED AS MOOT**.

SIGNED this 28th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE